NO. 07-02-0465-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 15, 2003

_____

IN THE MATTER OF THE MARRIAGE OF
DAVID KEITH BISCAMP AND TAMMY BELINDA FEARRIN
AND IN THE INTEREST OF CHASE CAMERON BISCAMP
AND CHINE RENEE BISCAMP, MINOR CHILDREN

_____

FROM THE 1ST DISTRICT COURT OF JASPER COUNTY;

NO. 23,916; HONORABLE JOE BOB GOLDEN, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**[1]

Appellant David Keith Biscamp, proceeding *pro se*, filed a notice of appeal from the

trial court's order of dismissal of his divorce action from appellee Tammy Belinda Fearrin.

_____

[1]Tex. R. App. P. 47.2(a).

Appellant's brief was due to be filed no later than January 1, 2003, but has yet to be filed, and no motion for extension of time has been filed. By letter dated March 26, 2003, appellant was notified of the defect and was directed to file a response reasonably explaining the delay and the failure to pay the filing fee of $125 by April 8, 2003, and also was notified that failure to comply might result in dismissal. Appellant did not respond and the brief and filing fee remain outstanding.

Accordingly, we dismiss this appeal for want of prosecution and failure to comply with an order of this Court. *See* Tex. R. App. P. 42.3(b) and (c).

Don H. Reavis
Justice